IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              ) Chapter 7
                                    )
ADRIAN D. POP                       ) 04 B 43773
                                    )
        Debtor(s).                  ) Honorable JOHN D. SCHWARTZ

### ORDER AND NOTICE

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN** that on the Court's Own Motion, a status hearing will be held in the above referenced case on October 24, 2007 at 10:00 a.m. in Courtroom 719, 219 South Dearborn Street, Chicago, Illinois. Allan J. DeMars, Trustee, is directed to appear and inform the Court as to when he expects to file a final report in this asset case.

Date: September 20, 2007

ENTERED:

John D. Schwartz
United States Bankruptcy Judge