**EXHIBIT AC - FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

| Case No.: | 04-43773 | Trustee's Name: | Allan J. DeMars |
| Case Name: | ADRIAN POP | Bank Name: | Bank of America |
| Taxpayer ID#: | 80-6048406 | Initial CD #: | CDI |
| For Period Ending: | 12/31/08 | Blanket bond (per case limit): | 5,000,000 |
| | | Separate bond (if applicable): | |
| | | Money Market #: | 375 554 4384 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| BALANCE CARRIED FORWARD | | | | | | | NONE |
| 5/30/08 | Ref 2 | Eugene Fahey | earnest money deposit re 2105 W. Lawrence | 1110-000 | 2,000.00 | | 2,000.00 |
| 6/17/08 | Ref 2 | Foster Oakley LLC Eugene Fahey | earnest money deposit re 2105 W. Lawrence | 1110-000 | 18,000.00 | | 20,000.00 |
| 6/31/08 | Ref 9 | Bank of America | interest on invested funds | 1270-000 | 1.20 | | 20,001.20 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 7/14/08 | Ref 2 | Foster Oakley LLC Eugene Fahey | C.T.T. (Fahey) re 2105 W. Lawrence | 1110-000 | 102,839.20 | | 122,840.40 |
| | | | Gross Sales price addtl $730,000 | | | | |
| | | | Less amounts paid through escrow: | | | | |
| | | | judgment liens $159,116.52 | 4120-000 | | | |
| | | | mortgage payoff $315,019.30 | 4110-000 | | | |
| | | | realtor commission $45,000.00 | 3510-000 | | | |
| | | | real estate taxes $13,290.30 | 2820-000 | | | |
| | | | closing costs $6,661.00 | 2500-000 | | | |
| | | | buyer credits for rent and security deposit $8,219.00 | 2500-000 | | | |
| | | | co-owners' proceeds $79,854.68 | 8500-000 | | | |
| 7/31/08 | Ref 9 | Bank of America | interest on invested funds | 1270-000 | 9.71 | | 122,850.11 |
| 8/28/08 | Ref 2 | Foster Oakley LLC Eugene Fahey (from C.T.T.) | one-half balance of water t.i. | 1110-000 | 231.91 | | 123,082.02 |
| 8/31/08 | Ref 9 | Bank of America | interest on invested funds | 1270-000 | 15.60 | | 123,097.62 |
| 9/30/08 | Ref 9 | Bank of America | interest on invested funds | 1270-000 | 15.14 | | 123,112.76 |
| 10/7/08 | Check 1001 | United States Treasury | federal tax | 2810-000 | | 18,955.00 | 104,157.76 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 10/7/08 | Check 1002 | Illinois Department of Revenue | state taxes | 2820-000 | | 4,588.00 | 99,569.76 |
| 10/31/08 | Ref 9 | Bank of America | interest on invested funds | 1270-000 | 10.76 | | 99,580.52 |
| 11/30/08 | Ref 9 | Bank of America | interest on invested funds | 1270-000 | 8.16 | | 99,588.68 |
| 12/11/08 | Check 1003 | Clerk U.S. Bankruptcy Court | filing fee Adversary Complaint 06-1693 | 2990-000 | | 250.00 | 99,338.68 |
| 12/11/08 | Check 1004 | Keevan D. Morgan and Morgan & Bley, Ltd. | attorneys' fees per order 11/17/08 ($49,135.68) costs per same order ($262.00) | 3210-600 3220-600 | | 49,397.68 | 49,941.00 |
| 12/11/08 | Check 1005 | Corneliu and Maria Danciu | administrative expense allowed per order 8/27/08 | 2420-000 | | 1,000.00 | 48,941.00 |
| | | | | | | | |
| | | | | COLUMN TOTALS | 123,131.68 | 74,190.68 | 48,941.00 |

```
                              Less: Bank transfers/CD
                                   Subtotal
                              Less: Payments to debtor(s)
                                   Net              123,131.68    74,190.68    48,941.00

                                                                    NET
          TOTAL - ALL ACCOUNTS                    NET  DEPOSITS   DISBURSEMENTS   BALANCES
          Checking#
          Money Market # 375 554 4384              123,131.68      74,190.68    48,941.00
          Savings #
          CD #CDI
          Net                                      123,131.68      74,190.68    48,941.00
                                                 Excludes account  Excludes payments  Total Funds
                                                   transfers        to debtor         on Hand
```