UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| ADRIAN POP . | ) | CASE NO. 04 B 43773 |
| DEBTOR | ) | |
| | ) | HON. A. BENJAMIN GOLDGAR |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   United States Bankruptcy Court, 219 S. Dearborn, Courtroom 613, Chicago, IL 60604

   On: **February 18, 2009**                Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:
   Cash Receipts                        $ 123,131.68

   Disbursements                        $ 74,190.68

   Net Cash Available for Distribution  $ 48,941.00

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Allan J. DeMars, trustee | $ None | $15,000.00 | $ 18.32 |
| Allan J. DeMars, attorney | $ None | $15,800.00 | |
| Keevan D. Morgan/ Morgan & Bley. Ltd. special counsel | $49,397.68 | $None | |
| Lois West/Popowcer Katten Ltd., accts. | $ None | $ 1,848.00 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| NONE | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be none.

7. Timely claims of general unsecured creditors totaling $162,552.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 10.01193% .

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 2 | Amer.Exp.Travel Related Services Co, Inc | $ 3582.24 | $ 358.65 |
| 3 | Ecast Settlement Corp. assignee of Chase Bank | 4006.46 | 401.12 |
| 4 | Ecast Settlement Corp. assignee of Chase Bank | 3988.71 | 399.35 |
| 5 | Chase Bank USA, NA | 2728.74 | 273.20 |
| 7 | Federated Financial Corp. of America | 8523.84 | 853.40 |
| 8 | Federated Financial Corp. of America | 3345.77 | 334.98 |
| 9 | Advanta Bank Corp. | 2063.60 | 206.61 |
| 10 | Ameritech/RH Donnell Publishing | 134313.48 | 13447.37 |
| | | $162552.84 | $16274.68 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The following assets should be deemed abandoned either due to liens exceeding value or the debtor having claimed the asset exempt: Real estate at 5220 N. Bernard: $579,000.00; cash $100.00; bank accounts: $1,250.00; household goods: $500.00; shares of Professional Floors, Inc.: $44,062.50; 1998 Chevy Van: $1,500.00.

Dated: **January 26, 2009**                                                                                                  For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:    Allan J. DeMars
Address:    100 W. Monroe - Suite 910
            Chicago, IL 60603
Phone No.: (312) 726-3377

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Jan 26, 2009
Case: 04-43773                 Form ID: pdf002              Total Served: 41


The following entities were served by first class mail on Jan 28, 2009.
db           +Adrian D Pop,    6341 N Ridgeway,    Chicago, IL 60659-1118
aty          +Kevin J. Hermanek,    Hermanek & Gara, P.C.,    8 West Monroe Street,    Suite 809,
               Chicago, IL 60603-2449
aty          +Timothy C. Culbertson,    Baugh, Dalton, Carlson & Ryan, LLC,    55 West Monroe St., Suite 600,
               Chicago, IL 60603-5091
tr           +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
11017160     +Advanta Bank Corp,    Bankruptcy,    Welsh & McKean Roads,    P O Box 844,
               Spring House, PA 19477-0844
8720608      +Advanta Bank Corp.,    P.O. BOX 8088,    Philadelphia, PA 19101-8088,    A/C 54775321 7786 0017
8720604      +Allstate Insurance,    7907 E. Golf Road,    Morton Grove, IL 60053-1040
8720616      +American Express,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
10752041      American Express Travel Related Services Co Inc,     c/o Becket and Lee LLP,    POB 3001,
               Malvern PA 19355-0701
8720597      +Ameritech Publishing,    C/o Feingold & Levy,    10 S. LaSalle st., #900,    Chicago, IL 60603-1016
11019049     +Ameritech Publishing of Ill./RH Donnelly Publishin,     c/o Weltman, Weinberg & Reis Co., LPA,
               10 South La Salle Street, Suite 900,    Chicago, IL 60603-1016
12747681     +Ameritech/RH Donnelly Publishing,    C/O Weltman, Weinberg & Reis Co., L.P.A.,
               Attn: bankruptcy Dept.,    180 N. LaSalle St., Ste 2400,    Chicago, IL 60601-2704
12746446     +Ana Sandru,    5220 N Bernard,    Chicago, IL 60625-4702
8720614       BANK ONE VISA,    P.O. BOX 15153,    Wilmington, DE 19886-5153,    A/C 4366111012164294
8720596       Bahr Lumber Co.,    c/o John W Loseman,    Lewis Overbeck & Furmar LLP,    20 N Clark St Ste 3200,
               Chicago IL 60602-5093
8720611       Bank One,    P.O. BOX 15153,    Wilmington, DE 19886-5153,    A/C 5544 5710 1097 6589
8720610       CHASE Mastercard,    P.O. BOX 52095,    Phoenix, AZ 85072-2095,    A/C 5260 3123 8030 0197
8720609      +CITIBANK SHELL,    C/o NCO FINANCIAL Systems,    P.O. BOX 41625,    Philadelphia, PA 19101,
               A/C 23 VKS5
8720612      +CITIBANK/HOME DEPOT,    C/o United Coll. Bureau, Inc.,     5620 Southwyek Blvd., Ste 206,
               Toledo, OH 43614-1501,    A/C 6035-3220-0397-9683
8720607       Capital One,    P.O. BOX 34631,    Seattle, WA 98124-1631
10900318     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
8720620      +Citi Platinum Card,    P.O. BOX 6408,    The Lakes, NV 88901-6408,    A/C 4128 0036 2273 5630
8720619      +Citibank c/o NCO Financial,    507 Prudential Road,    Horsham, PA 19044-2368,    A/C 30ZIF7
8720598      +Erickson Flooring,    C/o Stein & Rotman,    105 W. Madison, #600,    Chicago, IL 60602-4672
11012498     +Federated Financial Corp of America,    P O Box 2034,    Farmington Hills MI 48333-2034
8720595     +++Gheorghe D. Ciobanu,    C/o Alan H Slodki Esq,    111 W Washington St Ste 750,
               Chicago, IL 60602-2813
8720601      +Ioan Sandru,    5220 N Bernard,    Chicago, IL 60625-4702
8720617      +LaSalle Bank, N.A.,    135 S. LaSalle Street,    Chicago, IL 60603-4489,    A/C 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-1
8720603      +Lucia Danciu,    36263 Mill Court,    Gurnee, IL 60031-1313
8720605       MBNA Platinum Business,    P.O. BOX 15469,    Wilmington, DE 19886-5469,    A/C 5588455000298872
8720606       MBNA Platinum Business,    P.O. BOX 15469,    Wilmington, DE 19886-5469,    A/C 5588455000298864
8720594      +MidAmerica,    2650 Warrenville Rd., Ste 500,    Downers Grove, IL 60515-2074,    A/C 0120106345
8720618      +Professional Floors Company,    734 S. Vermont,    Palatine, IL 60067-7139
8720602      +Richard H Trais,    2501 W Lawrence Ave Suite H,    Chicago, IL 60625-2958
8720615       Sears Card,    P.O. BOX 182149,    COLUMBUS, OH 43218-2149,    A/C 01 74030 11690 2
11838816     +Stefan Pop,    6341 N. Ridgeway,    Chicago, IL 60659-1118
8720600      +Stephen Pop,    3558 W. Carmen #2W,    Chicago, IL 60625-5549
8720592      +Washington Mutual,    P.O. BOX 9001091,    Louisville, KY 40290-1091,    A/C 0073298895
8720613      +Yellow Book,    C/o REUBEN J. Zellermayer,    205 W. Randolph Ste 1610,    Chicago, IL 60606-1892
10765957      eCAST Settlement Corporation,    assignee of Chase Manhattan Bank USA,    POB 35480,
               Newark, NJ 07193-5480
10849791      eCAST Settlement Corporation assignee of,    Chase Bank USA N A,    POB 35480,
               Newark NJ 07193-5480

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8720599       Erickson Decorating Products,    C/o Teller Levit Silver Trust,    11 East Adams 8th Floor,
               Chicago, I L60603
8720593       First Midwest Bank 520,    Payment Processing:,    P.O. BOX 9003,    Gurnee, I L60031-9003,
               A/C 0388923442
11838815      Stefan Pop
                                                                                               TOTALS: 3, * 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’+++’ were transmitted to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0752-1         User: amcc7              Page 2 of 2           Date Rcvd: Jan 26, 2009
Case: 04-43773               Form ID: pdf002          Total Served: 41

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2009**                    **Signature:**    _Joseph Speetjens_