UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ADRIAN POP | ) | Hon. A. BENJAMIN GOLDGAR |
| | ) | |
| | ) | Case No.  04 B 43773 |
| | ) | |

**Trustee's Final Account
and
<u>Application to Close Case and Discharge Trustee</u>**

To:   The Honorable A. BENJAMIN GOLDGAR
      United States Bankruptcy Judge

  Final distributions of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Group Exhibit A.

  All checks have been cashed.  Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B.  Form 2 also reflects a net total balance of zero for this estate.

  The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.

Dated: <u>4/20/09</u>                    <u>/s/ Allan J. DeMars</u>
                                     Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
) Case No. 04 B 43773
ADRIAN POP ) Hon. A. BENJAMIN GOLDGAR
) Chapter 7
Debtor )

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1. Trustee's compensation                $15,000.00
   Allan J. DeMars
2. Trustee's expenses                    $    18.32
   Allan J. DeMars
                        TOTAL    $ 15,018.32

IT IS FURTHER ORDERED that the requests for final compensation and expenses are allowed as follows:
1. Attorney for the Trustee
   a. Compensation                       $15,800.00
      Allan J. DeMars
   b. Expenses                           $

2. Accountant for the Trustee
   a  Compensation                       $ 1,848.00
      Lois West/Popowcer Katten, LLC
   b. Expenses                           $

3. Other professional
   (list each professional separately)
                        Total    $17,648.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _18th_ day of _February_, 2009

**ENTERED**

Enter:_____
        Bankruptcy Judge        FEB 1 8 2009

Judge A. Benjamin Goldgar
United States Bankruptcy Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
In re:                        )
                              ) Case No. 04 B 43773
ADRIAN POP                    ) Hon.  A. BENJAMIN GOLDGAR
                              ) Chapter 7
          Debtor              )
```

DISTRIBUTION REPORT

I, <u>Allan J. DeMars</u>, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I am making the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Fees and Expenses  Trustee: $15018.32 | |
| Attorney:$15800.00 | |
| Accountant: $1848.00 | $   32,666.32   |
| Chapter 7 Administrative Expenses: | $_____ |
| Chapter 11 Administrative Expenses: | $_____ |
| Priority Claims (507(a)(3)-(a)(7)): | $_____ |
| Secured Tax Liens: | $_____ |
| Priority Tax Claims: | $_____ |
| General Unsecured Claims: | $   16,281.26   |
| Surplus to debtor: | $_____ |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $   48,947.58   |

REORT OF DISTRIBUTION

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $32,666.32 | 100% |

| CLAIM NUMBER | CREDITOR | | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| Allan J. DeMars: | trustee's fees | | $15000.00 | $15000.00 |
| | expenses | | 18.32 | 18.32 |
| | attorney's fees | | 15800.00 | 15800.00 |
| Lois West/ Popowcer Katten, LLC | | accountant's fees | 1848.00 | 1848.00 |
| | | | $32666.32 | $32666.32 |

REPORT OF DISTRIBUTION - CONT'D                    PAGE  2  of  6

| 2.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 3.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(2) -Gap claims arising in involuntary cases and allowed pursuant to 502(f) | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 4.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(3) - Wages, salaries or commissions limited to $4,650.00 | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CON'T                    PAGE 3 of 6

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(4) - Contributions to Employee Benefit Plans | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,000. | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $2,100.00 | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) - Alimony, Maintenance and Support | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CONT'D                    PAGE  4 of 6

| 9.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 724(b) - Tax claims | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 10.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(8) - Tax claims excluding fines and penalties | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 11.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(9) - Capital Commitments to Federal Depository Institutions | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                          Page 5 of 6

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $162,552.84 | 10.01598% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 2 | Amer.Exp.Travel Related Services Co, Inc | $ 3582.24 | $ 358.80 |
| 3 | Ecast Settlement Corp. assignee of Chase Bank | 4006.46 | 401.28 |
| 4 | Ecast Settlement Corp. assignee of Chase Bank | 3988.71 | 399.51 |
| 5 | Chase Bank USA, NA | 2728.74 | 273.31 |
| 7 | Federated Financial Corp. of America | 8523.84 | 853.75 |
| 8 | Federated Financial Corp. of America | 3345.77 | 335.11 |
| 9 | Advanta Bank Corp. | 2063.60 | 206.69 |
| 10 | Ameritech/RH Donnelly Publishing | 134313.48 | 13452.81 |
|  |  | $162552.84 | $16281.26 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | AMOUNT OF DIVIDEND % |
|---|---|---|
| 726(a)(3) - Late unsecured claims. | $55,000.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 12 | Richard Trais | $15,000.00 | 0 |
| 13 | Ana Sandru | $20,000.00 | 0 |
| 14 | Ioan Sandru | $20,000.00 | 0 |
|  |  | $55,000.00 | $ 0 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ |  |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                              Page 6 of 6

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(5) - Interest | $ | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(6) - Surplus to Debtor | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | $ | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM# | CREDITOR | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN |
|---|---|---|---|---|

The secured claims (#1) of Erickson Flooring was paid out of proceeds of closing; (#6) of Bahr Lumber was paid out of proceeds of closing; (#11) of Gheorghe Ciobanu was paid out of proceeds of closing. Releases and Satisfaction of Judgment and Release of Liens were obtained.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: February 18, 2009                /s/ Allan J. DeMars
                                              Trustee

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 04-43773  
Case Name: ADRIAN POP  
Taxpayer ID#: 80-6048406  
For Period Ending: 12/31/09  

Trustee's Name: Allan J. DeMars  
Bank Name: Bank of America  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable): ___  
Money Market #: 375 554 4384  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| BALANCE CARRIED FORWARD | | | | | | | NONE |
| 5/30/08 | Ref 2 | Eugene Fahey | earnest money deposit re 2105 W. Lawrence | 1110-000 | 2,000.00 | | 2,000.00 |
| 6/17/08 | Ref 2 | Foster Oakley LLC Eugene Fahey | earnest money deposit re 2105 W. Lawrence | 1110-000 | 18,000.00 | | 20,000.00 |
| 6/31/08 | Ref 9 | Bank of America | interest on invested funds | 1270-000 | 1.20 | | 20,001.20 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 7/14/08 | Ref 2 | Foster Oakley LLC Eugene Fahey | C.T.T. (Fahey) re 2105 W. Lawrence | 1110-000 | 102,839.20 | | 122,840.40 |
| | | | Gross Sales price addtl $730,000 | | | | |
| | | | Less amounts paid through escrow: | | | | |
| | | | judgment liens $159,116.52 | 4120-000 | | | |
| | | | mortgage payoff $315,019.30 | 4110-000 | | | |
| | | | realtor commission $45,000.00 | 3510-000 | | | |
| | | | real estate taxes $13,290.30 | 2820-000 | | | |
| | | | closing costs $6,661.00 | 2500-000 | | | |
| | | | buyer credits for rent and security deposit $8,219.00 | 2500-000 | | | |
| | | | co-owners' proceeds $79,854.68 | 8500-000 | | | |
| 7/31/08 | Ref 9 | Bank of America | interest on invested funds | 1270-000 | 9.71 | | 122,850.11 |
| 8/28/08 | Ref 2 | Foster Oakley LLC Eugene Fahey (from C.T.T.) | one-half balance of water t.i. | 1110-000 | 231.91 | | 123,082.02 |
| 8/31/08 | Ref 9 | Bank of America | interest on invested funds | 1270-000 | 15.60 | | 123,097.62 |
| 9/30/08 | Ref 9 | Bank of America | interest on invested funds | 1270-000 | 15.14 | | 123,112.76 |
| 10/7/08 | Check 1001 | United States Treasury | federal tax | 2810-000 | | 18,955.00 | 104,157.76 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 10/7/08 | Check 1002 | Illinois Department of Revenue | state taxes | 2820-000 | | 4,588.00 | 99,569.76 |
| 10/31/08 | Ref 9 | Bank of America | interest on invested funds | 1270-000 | 10.76 | | 99,580.52 |
| 11/30/08 | Ref 9 | Bank of America | interest on invested funds | 1270-000 | 8.16 | | 99,588.68 |
| 12/11/08 | Check 1003 | Clerk U.S. Bankruptcy Court | filing fee Adversary Complaint 06-1693 | 2990-000 | | 250.00 | 99,338.68 |
| 12/11/08 | Check 1004 | Keevan D. Morgan and Morgan & Bley, Ltd. | attorneys' fees per order 11/17/08 ($49,135.68)<br><br>costs per same order ($262.00) | 3210-600<br><br>3220-600 | | 49,397.68 | 49,941.00 |
| 12/11/08 | Check 1005 | Corneliu and Maria Danciu | administrative expense allowed per order 8/27/08 | 2420-000 | | 1,000.00 | 48,941.00 |
| 12/31/08 | Ref 9 | Bank of America | interest on invested funds | 1270-000 | 5.37 | | 48,946.37 |
| BALANCE CARRIED FORWARD | | | | | | | 48,946.37 |
| 1/31/09 | Ref 9 | Bank of America | interest on invested funds | 1270-000 | 0.93 | | 48,947.30 |
| 2/11/09 | Ref 9 | Bank of America | interest on invested funds | 1270-000 | 0.28 | | 48,947.58 |
| 2/18/09 | Check 1006 | Allan J. DeMars | trustee's fees | 2100-000 | | 15,000.00 | 33,947.58 |
| 2/18/09 | Check 1007 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 18.32 | 33,929.26 |
| 2/18/09 | Check 1008 | Allan J. DeMars | attorney's fees | 3110-000 | | 15,800.00 | 18,129.26 |
| 2/18/09 | Check 1009 | Lois West/Popowcer Katten, LTD. | accountant's fees | 3410-000 | | 1,848.00 | 16,281.26 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 2/18/09 | Check 1010 | American Express Travel Related Services Co., Inc. | 726(a)(2); 10.01598% | 7100-900 | | 358.80 | 15,922.46 |
| 2/18/09 | Check 1011 | eCast Settlement Corp., assignee of Chase Bank | 726(a)(2); 10.01598% | 7100-900 | | 401.28 | 15,521.18 |
| 2/18/09 | Check 1012 | eCast Settlement Corp., assignee of Chase Bank | 726(a)(2); 10.01598% | 7100-900 | | 399.51 | 15,121.67 |
| 2/18/09 | Check 1013 | Chase Bank USA, NA | 726(a)(2); 10.01598% | 7100-900 | | 273.31 | 14,848.36 |
| 2/18/09 | Check 1014 | Federated Financial Corp. of America | 726(a)(2); 10.01598% | 7100-900 | | 853.75 | 13,994.61 |
| 2/18/09 | Check 1015 | Federated Financial Corp. of America | 726(a)(2); 10.01598% | 7100-900 | | 335.11 | 13,659.50 |
| 2/18/09 | Check 1016 | Advanta Bank Corp. | 726(a)(2); 10.01598% | 7100-900 | | 206.69 | 13,452.81 |
| 2/18/09 | Check 1017 | Ameritech/ RH Donnelly Publishing | 726(a)(2); 10.01598% | 7100-000 | | 13,452.81 | 0.00 |

```
                                  COLUMN TOTALS    123,138.26    123,138.26         0..00
                             Net                   123,138.36    123,138.26          0.00

                                                                    NET
         TOTAL - ALL ACCOUNTS              NET  DEPOSITS      DISBURSEMENTS       BALANCES
         Money Market # 375 554 4384          123,138.26         123,138.26           0.00
         Net                                  123,138.26         123,138.26           0.00
                                         Excludes account    Excludes payments   Total Funds
                                             transfers            to debtor         on Hand
```